## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEJUAN B. THORNTON-BEY,** | : | **CIVIL ACTION NO. 1:17-CV-1392** |
| | : | |
| **Petitioner** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **L.J. ODDO,** | : | |
| | : | |
| **Respondent** | : | |

## ORDER

AND NOW, this 17th day of October, 2017, upon consideration of the petition

for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying

memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED for lack of jurisdiction.

2. The Clerk of Court is directed to CLOSE this case.


/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania